IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
BEAUMONT DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA § | |
| § | |
| v. § | |
| § | CRIMINAL NO. 1:20-CR-55-TH |
| JOSHUA WHISNEANT (9) § | |

## ORDER ADOPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE

This case is referred to the Honorable Zack Hawthorn, United States Magistrate Judge, for all pretrial matters. The court has received and considered the Report and Recommendation of the magistrate judge (Doc. No. 169), which recommends denying Defendant Joshua Whisneant's "Motion to Dismiss" (Doc. No. 124). No objections have been filed to the Report and Recommendation, and the time for doing so has passed. 28 U.S.C. § 636(b)(1)(C); FED. R. CRIM. P. 59(b)(2).

It is, therefore, **ORDERED** that the magistrate judge's Report and Recommendation (Doc. No. 169) is **ADOPTED**; Defendant Joshua Whisneant's "Motion to Dismiss" (Doc. No. 124) is **DENIED**.

**SIGNED** this the 6 day of **April, 2021.**

_____
Thad Heartfield
United States District Judge